UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR07-076-JLR |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | SUMMARY REPORT OF U.S. |
| | ) | MAGISTRATE JUDGE AS TO |
| DIANE LYNN CLAY, | ) | ALLEGED VIOLATIONS |
| | ) | OF SUPERVISED RELEASE |
| Defendant. | ) | |
| _____ | ) | |

An initial hearing on supervised release revocation in this case was scheduled before me on December 18, 2007. The United States was represented by AUSA Catherine Crisham for Kathryn Warma and the defendant by Timothy Lohraff for Brian Tsuchida. The proceedings were digitally recorded.

Defendant had been sentenced on or about November 26, 2007 by the Honorable James L. Robart on a charge of Receipt of Stolen Government Property, and sentenced to 15 days custody (with credit for time served), 3 years supervised release. (Dkt. 43 )

The conditions of supervised release included the standard conditions plus the requirements that defendant participate in substance abuse testing and treatment, abstain from alcohol, submit

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

to search, participate in mental health treatment, pay restitution in the amount of $2,000, provide access to financial information, no new credit lines of obligations without approval of probation officer, reside at Walnut Group Home and comply with their rules and continue to participate in the program for drug and alcohol abuse, and do not change residence without approval of probation officer.

In an application dated December 12, 2007 (Dkt. 44 ), U.S. Probation Officer Angela M. McGlynn alleged the following violations of the conditions of supervised release:

1. Using cocaine on or about December 3, and December 9, 2007, in violation of standard condition No. 7.

2. Failing to report for urine testing on or about December 10, 2007, in violation of the special condition requiring the defendant to submit to urinalysis testing.

Defendant was advised in full as to those charges and as to her constitutional rights.

Defendant admitted the alleged violations and waived any evidentiary hearing as to whether they occurred.

I therefore recommend the Court find defendant violated her supervised release as alleged, and that the Court conduct a hearing limited to the issue of disposition. The next hearing will be set before Judge Robart.

Pending a final determination by the Court, defendant has been detained.

DATED this 18th day of December, 2007.

_____
Mary Alice Theiler
United States Magistrate Judge

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -2

cc:    District Judge:              Honorable James L. Robart
       AUSA:                        Kathryn A. Warma, Catherine Crisham
       Defendant's attorney:        Brian A. Tsuchida, Timothy Lohraff
       Probation officer:           Angela M. McGlynn

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -3